UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PAYTON,<br><br>        Petitioner,<br><br>  v.<br><br>PAROLE BOARD,<br><br>        Respondent. | NO. CV 12-3342-JLS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: January 7, 2015

_____
JOSEPHINE L. STATON
United States District Judge